UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff/Respondent, | ) ) | Criminal Action No. 5: 17-095-DCR |
| V. | ) ) | And Civil Action No. 5: 20-135-DCR |
| MARCELLA LORENZO DUNBAR, | ) ) | **MEMORANDUM ORDER** |
| Defendant/Movant. | ) ) | |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

Defendant Marcella Lorenzo Dunbar, filed a motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 claiming that the Court committed a sentencing error when it increased his sentence by two levels for obstructing or impeding the administration of justice. [Record No. 106] His motion was referred to United States Magistrate Judge Hanly Ingram for the issuance of a report and recommendation. [Record No. 107]

Magistrate Judge Ingram issued an order after conducting an initial review under Rule 4 of the Rules Governing Section 2255 Proceedings and noted that Dunbar's motion did not comply with Rule 2(b)(5)[1] because his petition was not signed under the penalty of perjury. [Record No. 108] He directed the Clerk of the Court serve a copy of his petition, the Order, and the standard form (AO-243) for requesting habeas relief. Magistrate Judge Ingram

---

[1] Magistrate Judge Ingram's opinion refers to Rule 2(b)(5) as requiring that a petition be signed under penalty of perjury. However, Rule 2(c)(5) states that "[t]he petition must . . . be signed under penalty of perjury by the petitioner or a person authorized to sign it for the petitioner under 28 U.S.C. § 2242."

ordered that Dunbar submit his corrected motion by May 1, 2020, and that if he failed to submit a corrected motion, he would recommend dismissal of his petition.

Dunbar did not file an updated motion by May 1, 2020. Magistrate Judge Ingram then issued a Recommended Disposition recommending that the motion be dismissed upon initial review and that no Certificate of Appealability issue. [Record No. 109] The parties were given fourteen days to file objections to the Recommended Disposition. Within the fourteen-day objections period, Dunbar filed a signed amended § 2255 petition (which appears to be back dated to March 30, 2020). [Record No. 110]

Accordingly, it is hereby

**ORDERED** as follows:

1. The Magistrate Judge's Recommended Disposition [Record No. 109] is **DENIED**, as moot.

2. Defendant/Movant Marella Lorenzo Dunbar's motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 [Record No. 106] is **DENIED,** as moot.

3. Defendant Dunbar's amended motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 [Record No. 110] is **REFERRED** to United States Magistrate Judge Hanly A. Ingram for a recommendation.

Dated: May 20, 2020.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky